**LITE DePALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102
(973) 623-3000

**Liaison Counsel for Plaintiffs and the Class**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED* :

IN RE: THE CHILDREN'S PLACE :
SECURITIES LITIGATION :  Master File No. 97-5021 (JCL)

## ORDER APPROVING DONATION OF REMAINING FUNDS IN SETTLEMENT FUND

This matter having been brought before the Court by Plaintiffs' Lead Counsel's Motion to Donate Funds Remaining in Settlement Fund; and

Plaintiffs' Lead Counsel having filed a Motion and Certification of Joseph J. DePalma in support; and

The Court having considered all matters submitted to it; and it appearing that all reasonable efforts were made to distribute the Settlement Fund to the Class Members;

**IT IS ORDERED and ADJUDGED** this 30th day of March, 2006 that the $8,558.75 remaining in the Settlement Fund shall be donated to St John's Church, Feed the Hungry, 22 Mulberry Street, PO Box 200147, Newark NJ 07102.

Hon. John C. Lifland, U.S.D.J.